# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JAVIER GUERRERO,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 15-4845 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: March 23, 2016　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE